# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br>BEE HER<br><br>*Defendant(s)* | )<br>)<br>)    Case No.    1:25-mj-00076-EPG<br>)<br>)<br>)<br>) |

**FILED**
Jul 17, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT BY RELIABLE ELECTRONIC OR TELEPHONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 1-July 7, 2025** in the county of **Fresno** in the **Eastern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Felon in Possession of Firearm<br>Maximum Penalty: 15 years imprisonment, $250,000 fine, 3 years TSR, $100 Special Assessment |
| 18 USC 922(a)(1)(A) | Dealing Firearms without a License<br>Maximum Penalty: 5 years imprisonment, $250,000 fine, 3 years TSR, $100 Special Assessment |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Sahil Sharma*
*Complainant's signature*

Sahil Sharma, ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

Date: **Jul 17, 2025**

*Erica P. Grosjean*
*Judge's signature*

City and state:    Fresno, CA      Erica P. Grosjean, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>BEE HER<br><br>         Defendants. | CASE NO.<br><br>AFFIDAVIT OF SPECIAL AGENT SAHIL SHARMA |

## I.   INTRODUCTION

1. This Affidavit is in support of an arrest warrant for Bee HER (hereinafter HER) for violations of Title 18, United States Code, Section 922(a)(1)(A), dealing in firearms without a Federal Firearms License and Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm.

2. The information contained in this Affidavit is based upon my personal observations and training and, where noted, information related to me by other law enforcement officers and/or agents.

3. As stated further in this Affidavit, law enforcement officers have gathered evidence to support probable cause that HER unlawfully dealt firearms in violation of Title 18, United States Code, Section 922(a)(1)(A) and that HER unlawfully possessed a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

## II.   AFFIANT'S BACKGROUND

4. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco and Firearms (ATF) and have been employed since April of 2021. I am currently assigned to the ATF Fresno Field Office,

specializing in investigations involving the illegal possession of firearms and other federal offenses involving firearms. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, GA and have received approximately 472 hours of training in areas including firearms, constitutional law, federal criminal law. I have also received approximately 530 hours of training at the Bureau of Alcohol, Tobacco, Firearms & Explosives National academy with the areas including firearms and ammunition identification, firearms trafficking, alcohol and tobacco diversion, and explosives and fire/arson investigations.

5. Based upon my training experience, investigative efforts, and information and insight given to me by other Special Agents and law enforcement officers, I submit there is probable cause to believe that HER dealt firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A), dealing in firearms without a Federal Firearms License and that HER unlawfully possessed a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

### III.     PROBABLE CAUSE

6. In Spring 2025, ATF, along with Fresno Multi-Agency Gang Enforcement Consortium (MAGEC), began an investigation regarding firearms illegally being sold out of the residence located at 4045. Bellaire Way, Fresno, CA.

7. Between May 1, 2025, and May 7, 2025, a MAGEC detective acting in an undercover capacity (UC1) communicated with HER via phone calls and text messages to 559-728-0861. HER admitted to acting as a firearms broker, with access to suppliers in Utah, Georgia, San Jose, and other regions and cities throughout California. HER described receiving crates of firearms imported into Fresno, where he would be called to select and purchase firearms to later resell for profit.

8. On May 7, 2025, UC1 arranged to purchase two short-barreled rifles for $1,000 each in the Denny's parking lot, located at 2568 S. East Ave, Fresno, CA.

9. Later that day, UC1 informed HER that UC1 would be arriving at the deal location in about fifteen minutes. MAGEC detectives conducted surveillance at his residence and observed HER place a brown box in the trunk of a blue 2005 Honda Pilot bearing license plate CA 9NTS065. Detectives also observed a young child, approximately 5-7 years old, exit the residence and enter into the rear

car seat of the vehicle.

10. Detectives conducted rolling surveillance and followed HER from HER's residence to the deal location without making any stops. HER exited the vehicle and met UC1 near the trunk of the vehicle. HER introduced himself to UC1 as "Mark". UC1 observed the young child in the back seat of the vehicle.

11. HER opened the trunk and revealed a cardboard box containing two AR-style short-barreled rifles with magazines. The rifles did not have serial numbers and appeared to be privately manufactured. HER also claimed he could get more firearms and asked UC1 if he needed more.

12. UC1 told HER the firearms were going to be broken down and sent to Mexico in microwaves. HER told he was to get a firearm from "his boy" in Sacramento, from who he had previously gotten a "full auto AR-15". HER also referred to people in San Jose and Yuba City as firearms suppliers.

13. On May 8, 2025, I queried HER through the ATF Federal Firearms License (FFL) database to see if HER had an active FFL. The results indicated HER has never had an active FFL.

14. On May 30, 2025, HER sent a photograph of five firearms to UC1 that HER claimed to have in his possession. HER indicated he was ready to meet and complete the transaction. UC1 told HER that he was out of town and UC1's associate would be meeting HER to complete the transaction and HER agreed to proceed.

15. A California Department of Justice Agent acting in an undercover capacity (UC2), agreed to meet with HER and purchase three rifles and two handguns for $5,700. UC2 told HER to meet at the same Denny's parking lot where the last transaction occurred.

16. UC2 observed HER arrive in the parking lot in the same blue Honda Pilot as before. HER arrived in the parking lot and parked near UC2's vehicle. UC2 approached the passenger door and observed HER to be the only occupant of the vehicle. UC2 contacted HER and opened the passenger side door and greeted HER. UC2 handed HER the money for the firearms and asked if the firearms were in the back, HER indicated the firearms were in the trunk.

17. HER asked UC2 if it was $5,700.00 and UC2 said yes, HER appeared to count the money

COMPLAINT AFFIDAVIT                      3

and indicated it was good.

18. HER exited the vehicle and opened the trunk of HER's vehicle. UC2 observed a rectangular clear plastic bag in brown and tan color. UC2 observed the buttstocks of the firearms and that the firearms were partially covered with a white towel. HER told UC2 everything was there, and that UC2 would need to carry the bag.

19. UC2 asked HER if HER could get more firearms, to which HER replied, "yeah".

20. A California Department of Justice Task Force Agent acting in an undercover capacity (UC3) stepped out of the undercover vehicle and approached UC2 and HER. UC2 introduced UC3 as his cousin and asked HER what else HER could get. HER told the agents, "whatever else he can get me", possibly referring to HER's source of supply. UC2 told HER that UC2 was going to take the firearms being purchased down across the border to sell them faster. HER told the agents, "Okay you need more shit like that". HER told UC2 he would let him know.

21. UC2 purchased the following items from HER:
   a. One black privately manufactured rifle with silver barrel, 5.56 caliber, with no serial number and magazine
   b. One black short-barreled, 5.56 caliber, with no serial number and magazine
   c. One black short-barreled, 5.56 caliber, with no serial number and drum magazine
   d. One Smith & Wesson, Model 659, 9mm, pistol with serial number TAN2380
   e. One Taurus, PT24/7, .40 cal, pistol with serial number SXG98366

22. I have reviewed the defendant's criminal history which indicates that HER has the following prior domestic violence conviction punishable by more than a year imprisonment:
   a. On or about July 15, 2001, HER was convicted of a felony violation of California Penal Code section 273.5(A), Corporal Injury to Spouse, in Fresno County case F01909160-4. He was sentenced to 240 days in jail and 36 months' probation.

23. On June 17, 2025, ATF Special Agent Kristin Loeffler, who has specialized training in the manufacture, origin, and identification of firearms, indicated both the Taurus, PT24/7, .40 cal, handgun

and Smith & Wesson, model 659, 9mm, pistol were not manufactured in the state of California, and therefore, traveled in and affected interstate commerce.

### IV.    CONCLUSION

14.    Over the course of multiple days in May 2025, HER has unlawfully sold firearms to multiple undercover law enforcement officers. HER continues to obtain and sell firearms to individuals even after being told the firearms were going to be taken apart and sent down to Mexico. I believe HER is selling firearms to individuals who might be prohibited or otherwise might not be able to legally purchase firearms.

15.    The above facts set forth probable cause to believe that Bee HER violated Title 18, United States Code, Section 922(a)(1)(A), dealing in firearms without a Federal Firearms License and Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm. I request that an arrest warrant be issued for HER for this violation.

*Sahil Sharma*
_____

Sahil Sharma

Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives, U.S. Department of Justice

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 before me on: __**Jul 17, 2025**__

_____
The Honorable Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Reviewed as to form by:
/s/ Robert Veneman-Hughes
Robert Veneman-Hughes
Assistant U.S. Attorney

COMPLAINT AFFIDAVIT                                       5