FILED
Jul 25, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>BEE HER,<br>　　　　　　　　　　Defendants. | CASE NO. 1:25-MJ-76<br><br>ORDER UNSEALING COMPLAINT |

Good cause due to the defendant's pending appearances on the Complaint in the Eastern District of California, it is hereby ordered that a the Complaint and Arrest Warrants for the above-captioned case, be UNSEALED.

DATED: **Jul 25, 2025**

_____
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE