KIMBERLY A. SANCHEZ
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Aug 07, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BEE HER, <br><br> Defendant. | CASE NO. 1:25-CR-00153-KES-BAM <br><br> 18 U.S.C. § 922(a)(1)(A) – Engaging in the Business of Dealing and Manufacturing Firearms without a License; 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm or Ammunition [2 counts]; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

# INDICTMENT

COUNT ONE: [18 U.S.C. § 922(a)(1)(A) – Engaging in the Business of Dealing and Manufacturing Firearms without a License]

The Grand Jury charges: T H A T

BEE HER,

defendant herein, beginning no later than on or about May 1, 2025, and continuing until at least July 24, 2025 in the County of Fresno, State and Eastern District of California, not being a licensed dealer and manufacturer of firearms as described in Title 18, United States Code, Section 923, did willfully engage in the business of dealing and manufacturing in firearms, including by selling ten firearms on three separate occasions and possessing at least twelve additional 3D-printed firearm receivers and at least six machinegun conversion devices for future sale.

1 | All in violation of Title 18, United States Code, Section 922(a)(1)(A).

COUNT TWO: [18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm]

The Grand Jury charges: T H A T

BEE HER,

defendant herein, on or about May 30, 2025, in the County of Fresno, State and Eastern District of California, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, specifically:

(1) Domestic Violence Causing Injury in violation of California Penal Code 273.5(a), on or about July 15, 2001 in Fresno County, California;

did knowingly possess firearms, specifically a Smith & Wesson Model 659 handgun and a Taurus PT24/7 handgun, in and affecting commerce, in that said ammunition had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT THREE: [18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition]

The Grand Jury charges: T H A T

BEE HER,

defendant herein, on or about July 24, 2025, in the County of Fresno, State and Eastern District of California, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, specifically:

(2) Domestic Violence Causing Injury in violation of California Penal Code 273.5(a), on or about July 15, 2001 in Fresno County, California;

did knowingly possess firearms and ammunition, specifically a green AR-15 style rifle and a large quantity of ammunition, in and affecting commerce, in that said ammunition had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

INDICTMENT   2

**FORFEITURE ALLEGATION:**   [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1. Upon conviction of the offenses alleged in Counts One, Two, and Three of this Indictment, defendant BEE HER, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

2. If any property subject to forfeiture, as a result of the offenses alleged in this Indictment, for which defendant is convicted:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

/s/ Joseph Barton
_____
JOSEPH D. BARTON
Assistant United States Attorney
Chief, Fresno White Collar Crime Unit

INDICTMENT         3