ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BEE HER,<br><br>Defendants. | CASE NO. 1:25-CR-00153-KES-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |

IT IS HEREBY STIPULATED by and between the parties that the status conference set for December 10, 2025 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to April 22, 2026 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. The parties need additional time to further investigate/explore matters related to resolving the case or setting a trial date.

2. The parties are engaged in plea negotiations and have made positive progress towards resolution. However, the parties need to meet and confer in person further about the terms of an agreement. Defense counsel will be unavailable for a significant time in the early part of 2026, and so the parties believe they will be able to meet and confer by April.

Stipulation                                    1

3. By this stipulation, the parties now move to continue the status conference, and to exclude time from December 10, 2025 to April 22, 2026.

4. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the initial discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Defense would like additional time to review discovery, and investigate the foundation for a resolution by plea or trial further.

b) The government does not object to the continuance.

c) An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery, and conduct additional investigation; and

- The parties need additional time to investigate/explore matters related to proceeding via plea or trial.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 10, 2025 to April 22, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation

Dated: December 1, 2025                              Respectfully submitted,

                                        ERIC GRANT
                                        United States Attorney

                               By     /s/ Robert L. Veneman-Hughes
                                        ROBERT L. VENEMAN-HUGHES
                                        Assistant United States Attorney

Dated: December 1, 2025                              /s/ Griffin Estes
                                        GRIFFIN ESTES
                                        Attorney for Bee HER

## **ORDER**

IT IS SO ORDERED that the status conference is continued from December 10, 2025, to **April 22, 2026 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **December 2, 2025**              /s/ Barbara A. McAuliffe
                                                                  UNITED STATES MAGISTRATE JUDGE