HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar # 322095
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BEE HER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BEE HER<br><br>Defendant. | Case No.  1:25-cr-00153-KES-EPG<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br><br>Date:   August 12, 2026<br>Time:  1:00 p.m.<br>Judge:  Hon. Erica P. Grosjean |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Robert Veneman-Hughes, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for BEE HER, that the Court may continue the status conference in this case. The parties stipulate to continue the status conference from April 22, 2026, to August 12, 2026.

The parties stipulate as follows:

1. By previous order, this matter was set for status on April 22, 2026.

2. By this stipulation, defendant now moves to continue the status conference until April 22, 2026, and to exclude time between April 22, 2026, and August 12, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

//

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes reports, photographs, and audio files. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review discovery, conduct any investigation, and discuss this matter, including potential resolutions, with the defendant in order to prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 22, 2026 to August 12, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

g) The parties also agree that this continuance is necessary for several reasons, including but not limited to, the need to permit time for the parties to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue its investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

ERIC GRANT
United States Attorney

Dated:  April 1, 2026                    /s/ Robert Veneman-Hughes
                                         ROBERT VENEMAN-HUGHES
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

Dated:  April 1, 2026                    HEATHER E. WILLIAMS
                                         Federal Defender

                                         /s/  Griffin Estes
                                         GRIFFIN ESTES
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         BEE HER

# **O R D E R**

IT IS SO ORDERED that the status conference is continued from April 22, 2026, to **August 12, 2026 at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:    **April 1, 2026**                    /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE

Her – Stipulation to Continue                  -3-